971 A.2d 1120

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Rasheen ALLEN, Petitioner.**

**No. 9 EM 2009.**

Supreme Court of Pennsylvania.

April 28, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the "Petition to Allow the Late Filing of a Nunc Pro Tunc Petition for Allowance of Appeal" is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.